FILED

03/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0026

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                          O R D E R

THOMAS WOJTOWICZ,

     Defendant and Appellant.

_____

On March 12, 2024, the State filed a Motion to Strike Appellant's Reply Brief as overlength and citing material not admitted in the record. Wojtowicz timely responded, conceding the brief was overlength and requesting additional time to file a revised brief.

The State relies on the Certificate of Compliance filed with Appellant's Reply Brief, which states that the word count of the brief is 8,147 words. The State also identified evidence cited in support of Appellant's arguments contained in his Reply Brief that was not admitted during the proceedings below.

After reviewing Appellant's Reply Brief, we have determined the word count contained in the Certificate of Compliance does not reflect the actual word count of the document. The actual word count of the Brief is approximately 5,000 words.

We also note the State's contention that the Brief contains evidence from outside the record. To the extent that the Brief contains materials not in the record, those materials will not be considered in rendering our decision.

Therefore,

IT IS ORDERED that Appellee's Motion to Strike Appellant's Reply Brief, is DENIED.

IT IS FURTHER ORDERED that Appellant's request for time to file a revised Reply Brief is DENIED.

The Clerk is directed to give notice of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2024